FILED '24 OCT 29 PM01:52 MDGA-COL

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### Columbus DIVISION

Andre T. Johnson
**Plaintiff**

vs.

Total System Services, LLC
and Global Payments INC.
**Defendant**

4:24-cv-153 (COL)

## TITLE VII COMPLAINT

1. Plaintiff resides at 686 Upland Court Columbus, GA 31907

2. Defendant(s) names (s) Total System Services, LLC and Global Payments INC. Joint Employers

Location of principal office(s) of the named defendant(s) 7101 Stone Mill Dr. Bldg. 100 Columbus, GA 31909.

Nature of defendant(s) business Total System Services provides electronic payment processing and related services to financial and non-financial institutions. Global Payments provides payment services directly to merchants and indirectly through other financial organizations.

Approximate number of individuals employed by defendant(s) Approximately 24,000 worldwide. Combined

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g). Section 1981, and Section 1983

4.  The acts complained of this suit concern:

    A.  _____  Failure to employ me.
    B.  ✓        Termination of my employment.
    C.  _____  Failure to promote me.
    D.  ✓        Other (Specifiy) There was discrimination, racial comments, and retaliation after filing an EEOC charge.

5.  Plaintiff:

    A.  _____  presently employed by the defendant.
    B.  ✓        not presently employed by the defendant. The dates of plaintiff's employment were Oct 4, 2005 to June 29, 2024
    The reasons plaintiff was given for termination of employment is/are:
    (1) ✓ constructive plaintiff was discharged.
    (2) _____ plaintiff was laid off.
    (3) _____ plaintiff left the job voluntarily.

6.  Defendant(s) conduct is discriminatory with respect to the following:

    A.  ✓        my race
    B.  _____  my religion.
    C.  _____  my sex.
    D.  _____  my national origin.
    E.  ✓        Other (specify) Retaliation for filing a EEOC charge due to racial discrimination claim.

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

Zach Lamb (Manager), Ian McIntosh (supervisor), Claudia Ritch (Associate Director), and Jeff Davis (Senior Operator). They are all Caucasian.

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

"Please refer to the attached Summary Statement in Support of Claims"

-3-

"Statement in Support of Claims"

The racial discrimination and retaliation began around March 27, 2023. Around March 27th, Ian Mcintosh (supervisor, Caucasian) called me boy on two different occasions. Before the 27th of March Ian walked up beside me and called me boy by saying "Hey boy" but in context it sounded more like he was superior to me. On the 27th of March, I was by the Ricoh printers printing something for cards production, Ian then asked me "What you doing over there boy"? On both occasions Ian said it in a derogatory way. So, I asked him, "What did you say", Ian replied I said, "What you are doing over there dude". When clearly, I heard what Ian said. On April 10, 2023, I went again to print fast cards on the Ricoh printers. While I was there Ian came up and we started playing around. He told me jokingly to shut up, so, I played like I kicked him. Ian then picked up a ruler acting like he was striking me with it. I was greatly offended by it while knowing what my ancestors went through. Ian stated, "This is what my ancestors would want me to do". Ian thought that was extremely funny, but I did not! Ian said to me again "That's funny"; I told him no. Ian replied, "Come on it's a little funny", and I told him no not at all. I reported it to Zach Lamb (manager, Caucasian), and he told me he would handle it. After that I found out Zach never reported it. On November 13th, 2023, we had a Thanksgiving luncheon. Around 7pm Zach mentioned to Ian that since Ms. Pranitha was leaving, he (Zach) will move me into the insertion department to be cross trained and to help fill in when needed. Ian replied, "He will hurt our numbers". Zach replied, " Andre will be cross trained". Ian replied, again "Andre will hurt our numbers".  After that Ian said while rolling his eyes "Well, we would just have Andre work with Carla on 511 since that's more of his speed". 511 is one of the oldest machines in the insertion department. At that moment, I felt belittled, humiliated, and degraded in front of everyone at the table. Ian made me felt like I didn't have the capability to run in the insertion department. After all of this happened, I felt reserved, constrained, and lacking self-confidence.  I

1

"Statement in Support of Claims"

had 7 years of experience in the insertion department before Ian was hired. When Ian was hired, I was in the print room department. On December 10th, 2023, I sent Zach an email explaining what was going on and what was bothering me. So, Zach and I had a meeting about it. Zach mentioned to me that he (Zach) was joking, and I acknowledge yes you said it at the table, but Ian was serious. It was more about how Ian belittled and humiliated me in front of my colleagues. It felt like Ian didn't won't me to be in the insertion department because of his racial biases instead of my capabilities. I told Zach to document what we discussed. After that it kept going on. Zach started to show racial favoritism to Jeff Davis (senior operator, Caucasian). In the print room department under Zach, it's only me and Jeff Davis. When I returned from vacation on the 6th of January, I found out that overtime was given out every Friday until the end of February or the beginning of March due to a Lead printer operator on B shift named Donald Yazell (Caucasian) getting knee surgery. They were all assigned to Jeff Davis even though I trained Jeff Davis in the print room back in April 2023. So, technically as the Lead printer operator, I was ranked higher and had more experience in the print room department. I asked Zach on the 21st of January if I could work overtime on that coming Friday, which was the 26th, but Zach never responded back to my text. I went and asked Jeff when I came in to work, and he granted me that day. I told Zach that Jeff granted me that day, and Zach responded, "I had nothing to do with it and how it got distributed". Technically since Zach was the manager and had control over it, Zach did. Normally when it was me and Chris Reyes (senior operator, Filipino) in the print room department, Zach always distributed it fairly. Since Jeff Davis has been in the print room department things have changed drastically. I feel as though Zach felt guilty because at that time, I never questioned him about how the overtime was distributed. After reporting to Zach about what Ian said about me hurting their numbers and belittling me, I never

2

"Statement in Support of Claims"

got cross trained in the insertion department. As a matter of fact, on the 17th of February they gave that spot for the insertion department to Joe Harden (Operator 1, Caucasian) and never gave me the time to be cross trained in the insertion department after my complaint to Zach. On the dates of February 4th, 25th, and March 17th Zach granted Jeff to leave early without even asking me if I wanted to leave early. On the 26th of February Zach also granted Jeff the whole day off without asking if I wanted to take that day off. Normally Zach always asks the whole shift or department as volunteers who would like to take time off before distributing to the shift. After reporting my complaint to Zach on December 10, and ever since Jeff has been in the print room, Zach has showed favoritism to Jeff Davis. So, after that on March 28, 2024, I filed an EEOC charge for race discrimination. I filed a race discrimination complaint due to the continued unfair treatment, favoritism to my Caucasian colleagues, the belittling and racist comments, the humiliation, the retaliation after I made my complaints known, the isolation, the general hostile work environment, and my rights were not being protected.

After filing an EEOC charge of racial discrimination claim on March 28, TSYS HR investigated. I told HR that even though they did me wrong and I was protecting my rights, I didn't want anybody to lose their job. After the investigation, Zach Lamb (Manager), and Ian McIntosh (Supervisor) were fired. On the 25 of May, Claudia Ritch (Associate Director, Caucasian) texted me to meet her in the office when I arrived at work. So, during the meeting, Claudia told me that it should be kept confidential, and nobody on the floor should know what happened and why they were fired. They were fired because of the racial things they had done to me. When the meeting was over, I walked to my workstation which was in the print room. George Wheeler, who at the time was the manager I reported to, asked me if I had anything to discuss, if so to let him know. After

3

"Statement in Support of Claims"

George left, I went over to ask Jeff Davis, have George spoken to him about what he (George) wanted us to run. At that moment, I noticed Jeff was angry, furious with me, and didn't want to be bothered by me, saying he got it and asked angrily, "You need something? Then he turned around and said we are no longer friends. So, I went and told George. Zach, Ian, and Jeff were buds. They were showing racial favoritism to Jeff compared to me. George went to tell Claudia. Claudia came and had a talk with Jeff. After that, Claudia and George left for the night. Around 8 and 9 pm, Rashaan Davis came to me and told me that he overheard Joe Harden say that Jeff Davis quoted that "I was the reason why Zach and Ian got fired" while falsely accusing me. Rashaan told me that Jeff said "It was just a joke, and Andre couldn't take a joke" relating to the November 13 incident at the luncheon. I believe Jeff talked to Zach about it because it was not about Zach (joking) moving me to the insertion department but more importantly it was about what Ian said in front of my coworkers, by belittling, and humiliating me that after being cross-trained I would hurt their production. I believe Ian was isolating me from being in the insertion department as an African American operator from the other Caucasian, and Filipino operators. With all of us on the shift, there were maybe 11 to 13 of us including Zach and Ian in the print room and the insertion department that were under Zach and Ian. Me and Rashaan were the only African Americans under Zach and Ian. The rest are Caucasian and Filipinos. Between me and Rashaan, I'm the only African American on the shift who could run a machine. At first everyone, including me, was shocked that they were fired. After the false rumor went around, I noticed a change in my coworkers towards me. The energy became unhealthy. Now no one was speaking to me, and they were giving me the cold shoulders. Whenever I walked to the insertion

4

"Statement in Support of Claims"

department my coworkers would not speak to me, look my way, and give me the (unwanted) look like this is all my fault. Blaming me amongst themselves that this happened because of me. All I was doing was defending my rights. I could no longer trust anyone but Rashaan. So, after Jeff falsely accused me, it made it obvious to them that I was the blame and reason for all this happening. Especially when the entire shift got split up afterward. It was so bad and stressful to the point that I began to get sick physically and mentally. I ended up suffering with a bad sore throat and coughing up mucus with blood. I went to the urgent care to find out what was wrong with me. The test results came back negative for strep, COVID-19, and the flu. I also had to be prescribed antibiotics, and cough medicine. My extreme physical symptoms were caused because of the high stress and mental toll of my unhealthy work environment. They blamed me without knowing the full story of what happened. On May 27, 2024, George asked me did I had anything to discuss. I told George that false rumors were going around that I was the reason that Zach and Ian were fired. George contacted Claudia. Then Claudia came to speak to me about what was going on. During the conversation to my knowledge, I did not tell her (Claudia) it was Jeff who spread the rumor even though I knew. I repeated the quote to Claudia what Rashaan reported to me. At that moment I noticed Claudia's expression and that Claudia knew who said it. Apparently, it was the same thing that Jeff told Claudia. Claudia told me when they had that conversation on the 25, that Jeff said he understood before she (Claudia) left. Then Claudia stated, "he (Jeff) did this after I left". Claudia then asked me who told me, and by protecting Rashaan I didn't tell Claudia. Claudia said she understood because of what had just happened. So, Claudia told me she (Claudia) would ask around on the 28 of May to see who told me.

5

"Statement in Support of Claims"

On the 28 of May, only a select few went into Claudia's office. Rashaan and the females (Gabby, and Carla) of the shift didn't. I feel the issue has not been properly handled because Claudia knew that it was Jeff that spread the rumor but didn't move or discipline him. Nothing was done. During the meeting with Claudia on the 25 of May, Claudia also told me that I was supposed to lead in the print room department and Jeff was supposed to lead in the insertion department. Claudia/HR should have had him removed to another space due to the complaints I had made but that they did not do anything to help me or relieve me from the hostile workspace. Especially when Chris Reyes (senior operator, Filipino) has experience in the print room department. Instead, every day Jeff was working with me in the print room department. We were still in the same work area (print room) not communicating because of his anger towards me about Zach and Ian. The tension was very thick. With all this happening, Claudia didn't handle the situation properly, which caused me to suffer emotional abuse and to be in an unhealthy environment. It took a mental toll on me that I had to go to a therapist for the first time. The therapist confirmed that the extreme symptoms that I experienced were caused by the high stress and mental toll of my unhealthy work environment. Now, when I drive by TSYS, I suffer from PTSD from the things that took place. I literally would come home and get very emotional (tears) from driving by. The times I had to go in the direction of TSYS, I would go another route to get to my destination. I had to go a different route to keep my anxiety from rising. Thankfully, my therapist gave me pointers and strategy exercises on how to handle and cope with my anxiety. I had suffered mental anguish, pain and suffering, and emotional abuse. I even lost the enjoyment of life. At times due to the stress, I would have headaches. Jeff, not knowing the full story, spread the false rumors to

6

"Statement in Support of Claims"

a third party out of malicious, negligence, and intent retaliation. Allegedly, this is why I believe Zach or Ian had to talk to Jeff about it because Jeff was mad at me as soon as I came to the print room department. This was all linked to my first EEOC Charge. I was forced to resign due to their failure to properly address the discrimination, retaliation, the continued hostile work environment, and all that happened from the beginning that affected my well-being, and my mental and physical health. I felt like I had no choice. They pushed me into leaving my job for almost 20 years. I was loyal and even had perfect attendance with zero defects during 2023. I did my best every day to do my job with 110%. I always tried to stay out of trouble. To my knowledge, I have never been written up due to bad behaviors or complaints. Also, I never had any problems in the past until this situation arose and the company failed to protect me and my rights. Since my well-being and health was at stake, I had no choice but to resign after 19 years. My last day was June 29, 2024. I filed my second EEOC charge on July 18 and received my Right to Sue Letter on August 5, 2024.

_____

_____

_____

_____

_____

_____

_____

_____

9. The alleged illegal activity took place at 7101 Stone Mill Dr. Bldg. 100 Columbus, GA 31909

_____

10. A. ___✓___ I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B. _____ I have not filed a charge.

11. A. ___✓___ I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on August 5, 2024 (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B. _____ I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

## **PRAYER FOR RELIEF**

Plaintiff Johnson respectfully requests the following relief:

a. Declaratory judgement that Defendants violated Plaintiff's rights under Section 42 U.S. C. 1981, 42 U.S.C. 1983, and Title 7, and that Defendant Total System Services, LLC and Global Payments Inc. violated the Plaintiff's rights under the Equal Protection Clause and Civil Rights Act

b. An injunction prohibiting the Defendants from engaging in such unlawful conduct in the future

c. Compensatory damages, in an amount to be determined for Plaintiff's emotional distress, suffering mental anguish, loss of enjoyment of life, pain and suffering, and out of pocket medical expenses

d. Liquidated damages pursuant to the Race Discrimination Claim under 42 U.S.C. Section 1981, 1983, and Title 7

e. Back and Front pay with prejudgment interest thereon

f. Punitive damages against Total System Services, LLC and Global Payment Inc in an amount to be determined

g. Reasonable attorney's fees and costs

h. Other and further relief as the Court deems just and proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Respectfully submitted October 29, 2024

"Please refer to the attach Summary Prayer for Relief"

10/29/24
Date

*Andre Johnson*
Signature of Plaintiff

Address: 686 Upland Court
Columbus, GA. 31907

Telephone: (706) 405-8445